IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG, S.A., <br> PLAINTIFFS, <br><br> V. <br><br> BLACKBOARD, INC., <br> DEFENDANT. | CAUSE NO. 1:17-CV-753-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this same date, the court rendered an order dismissing this cause. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that Blackboard, Inc. recover its costs of court from Uniloc USA, Inc. and Uniloc Luxembourg, S.A.

SIGNED this 24th day of September, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE